```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CATLIN INSURANCE COMPANY ET AL.,

                          **Plaintiffs,**

         -against-

SENTINEL INSURANCE COMPANY, LTD. ET AL.,

                         **Defendants.**

-------------------------------------------------------------X

23-CV-05355 (VSB )(VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      If the parties have any discovery disputes, they are directed to alert the Court as soon as possible. The Court will then schedule a conference to discuss the dispute.

**SO ORDERED.**

DATED:    New York, New York
               October 16, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge