**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

CATLIN INSURANCE COMPANY ET AL.,

                                    **Plaintiffs,**                                    **23-CV-05355 (VSB)(VF)**

                -against-                                                **ORDER**

SENTINEL INSURANCE COMPANY, LTD. ET AL.,

                                    **Defendants.**

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 11/2/2023 __
```

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        For the reasons discussed at the November 2, 2023 conference, the deadline for fact

discovery is extended until **December 31, 2023**. The parties are directed to file a joint letter

updating the Court on any outstanding discovery disputes by **November 30, 2023**.

**SO ORDERED.**

DATED:        New York, New York
              November 2, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge