UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CATLIN INSURANCE COMPANY, FPG            :
CLINTON ACQUISITION, LLC, FORTIS         :
PROPERTY GROUP LLS AND WONDER            :
WORKS CONSTRUCTION CORP.,                :          23-CV-5355 (VSB)
                                         :
                         Plaintiffs,     :          **ORDER**
                                         :
              -against-                  :
                                         :
SENTINEL INSURANCE COMPANY, LTD.         :
AND CONTACT PLUS ELECTRICAL              :
CORP.,                                   :
                                         :
                         Defendants.     :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On November 21, 2023, I directed the parties to file an amended Case Management Plan and Scheduling Order.  (Doc. 28.)  To date, the parties have not complied with my order.  Accordingly, it is hereby:

       ORDERED that the parties shall file an amended Case Management Plan and Scheduling Order by December 6, 2023.  If the parties fail to do so, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     November 30, 2023
           New York, New York

                                                                              VERNON S. BRODERICK
                                                                              United States District Judge