**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

CATLIN INSURANCE COMPANY ET AL.,

                            **Plaintiffs,**                      23-CV-05355 (VSB)(VF)

          -against-                            **ORDER**

SENTINEL INSURANCE COMPANY, LTD. ET AL.,

                            **Defendants.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The parties are directed to file a joint status update by **Tuesday, February 20, 2024**, updating the Court on the status of the interrogatory responses, requests for admission, and document requests.

        The Clerk of Court is respectfully directed to terminate the motion at ECF No. 34.

**SO ORDERED.**

DATED:      New York, New York
                December 19, 2023

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge