# MENZ BONNER KOMAR & KOENIGSBERG LLP

**ATTORNEYS AT LAW**

**800 WESTCHESTER AVENUE, SUITE 641-N**
**TEL: (914) 949-0222**  **RYE BROOK, NEW YORK 10573**
www.mbkklaw.com

> APPLICATION GRANTED
> SO ORDERED _____
> VERNON S. BRODERICK
> U.S.D.J.
>
> The conference scheduled for January 9, 2024 is hereby adjourned.  The parties are directed to file an amended Case Management Plan, with the updated discovery deadlines, by January 12, 2024.
>
> Dated:  January 8, 2024

**VIA ECF**

Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

    Re:    <u>Catlin Ins. Co., et al. v. Sentinel Ins. Co., Ltd., et al</u>.
            Case No. 1:23-cv-05355-VSB-VF

Dear Judge Broderick:

    This letter is submitted jointly on behalf of defendants Sentinel Insurance Company, Ltd. ("Sentinel") and Contact Plus Electrical Corporation pursuant to paragraph 12 of the First Amended Case Management Plan and Scheduling Order (ECF Doc. No. 33) and in advance of the January 9, 2024 conference.

    The parties appeared for a conference before Magistrate Judge Figueredo on December 19, 2023 to address a discovery dispute between Plaintiffs and Sentinel.  Plaintiffs' counsel was ordered to contact all plaintiffs to obtain responsive information to Sentinel's discovery demands.  The parties are to submit an update to Magistrate Judge Figueredo on or before February 20, 2024 (ECF Doc. No. 36).  Accordingly, discovery is not complete and we respectfully request that the Court adjourn the January 9, 2024 conference until after the close of fact discovery.

    The parties thank the Court for its time in connection with this matter.

                Respectfully submitted,

                MENZ BONNER KOMAR &
                KOENIGSBERG LLP

                By:    <u>*Melissa K. Driscoll*</u>
                         Michael S. Komar
                         Melissa K. Driscoll

                *Attorneys for Defendant Sentinel*
                *Insurance Company, Ltd.*

MENZ BONNER KOMAR & KOENIGSBERG LLP

Honorable Vernon S. Broderick, U.S.D.J.
January 5, 2024
Page **2** of **2**

                                                  HAWORTH BARBER &
                                                  GERSTMAN, LLC

                                                  By:    <u>*Barry Gerstman*</u>
                                                               Barry Gerstman

                                                 *Attorneys for Defendant Contact Plus*
                                                *Electrical Corporation*