UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CATLIN INSURANCE COMPANY ET AL.,

                       **Plaintiffs,**                      23-CV-05355 (VSB)(VF)

                -against-                          **ORDER**

SENTINEL INSURANCE COMPANY, LTD. ET AL.,

                       **Defendants.**

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Court had a conference scheduled for today, April 30, 2024, at which only counsel for Defendants appeared. The Court attempted to contact counsel for Plaintiffs, Thomas J. Bracken, at both the email and phone number provided on the docket but was unsuccessful. The Court notes that Plaintiffs are corporate entities, and a corporation may not appear pro se and must retain counsel. If Plaintiffs are currently unrepresented by counsel, they have 30 days to retain counsel. Plaintiffs are warned that if they do not retain counsel their case may be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

       To afford Plaintiffs time to retain new counsel, the Court is adjourning the deadline for the joint letter update, set in the Case Management Plan, for 31 days. See ECF No. 47. **The deadline for the joint letter update is now Friday, May 31, 2024.**

       The Court is also re-scheduling the conference that would have been held today. **The conference is re-scheduled for June 6, 2024, at 11:00 a.m.** Parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

The May 17, 2024 fact discovery deadline is also extended 60 days. **The new deadline for fact discovery is Tuesday, June 16, 2024.**

**SO ORDERED.**

DATED:   New York, New York
April 30, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge