UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CATLIN INSURANCE COMPANY, FPG :
CLINTON ACQUISITION, LLC, FORTIS :
PROPERTY GROUP LLC, and WONDER :
WORKS CONSTRUCTION CORP., :   23-CV-5355 (VSB)
:
       Plaintiffs, :   **ORDER**
:
   -against- :
:
SENTINEL INSURANCE COMPANY, :
LTD. and CONTACT PLUS ELECTRICAL :
CORP., :
:
       Defendants. :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

  In light of Judge Figueredo's order extending certain of the discovery deadlines in this case, (Doc. 50), the post-discovery conference scheduled for May 8, 2024, (Doc. 47), is adjourned. The parties are directed to file an amended Case Management Plan and Scheduling Order reflecting the new discovery deadlines by May 8, at which time the Court will reschedule the conference.

SO ORDERED.

Dated:  May 3, 2024
    New York, New York

                     _____
                     Vernon S. Broderick
                     United States District Judge