UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CATLIN INSURANCE COMPANY ET AL,

                Plaintiffs,                23-CV-5355 (VSB) (VF)

     -against-                 **ORDER RESCHEDULING**
                                                  **CONFERENCE**

SENTINEL INSURANCE COMPANY, LTD. ET AL,

                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The conference in this matter is scheduled for Tuesday, June 30, 2024, at 10:00 a.m. is **hereby rescheduled for Monday, August 19, 2024, at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      The parties are also directed to submit a letter by **August 15, 2024**, outlining the disputes to be discussed at the conference. The deadline for fact discovery is also hereby extended to **August 30, 2024.**

      **SO ORDERED.**

DATED:    New York, New York
             July 12, 2024

                                                                                         VALERIE FIGUEREDO
                                                                                          United States Magistrate Judge