UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CATLIN INSURANCE COMPANY ET AL.,

                **Plaintiffs,**         23-CV-05355 (VSB)(VF)

    -against-         **ORDER**

SENTINEL INSURANCE COMPANY, LTD. ET AL.,

                **Defendants.**

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    As discussed at the conference held on August 20, 2024, Plaintiffs must respond to the interrogatories and produce documents as indicated at ECF Nos. 34-1 and 67-1 by **September 6, 2024**. Plaintiffs' continued failure to cure its discovery deficiencies may result in sanctions.

    **SO ORDERED.**

DATED:    New York, New York
              August 20, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge