UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CATLIN INSURANCE COMPANY, FPG :
CLINTON ACQUISITION, LLC, FORTIS :
PROPERTY GROUP LLC, and WONDER :
WORKS CONSTRUCTION CORP., : 23-CV-5355 (VSB)
:
                Plaintiffs, : **ORDER**
:
        -against- :
:
SENTINEL INSURANCE COMPANY, :
LTD. and CONTACT PLUS ELECTRICAL :
CORP., :
:
                Defendants. :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On July 17, 2024, I directed Plaintiffs to file a sworn affidavit listing the members of FPG Clinton Acquisition, LLC ("FPG") and Fortis Property Group, LLC ("Fortis") and the state of which each member is a citizen. (Doc. 58 at 8.) On August 12 and 20, Mr. Partom Palazzo, Fortis's Chief Financial Officer, filed virtually identical affidavits listing the "directors and officers" of Fortis. (Docs. 63 & 69.) Both affidavits are deficient because they do not (1) list the members of Fortis and FPG, (2) state that the "directors and officers" are also Fortis's members, or (3) state the citizenship of each member of Fortis and FPG. In light of these deficiencies, it is hereby

      ORDERED that counsel for the parties, Mr. Palazzo, and a representative of FPG shall appear for a conference in this matter on October 16, 2024 at 10:00 a.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. At the conference, Mr. Palazzo shall be prepared to testify to the membership of Fortis and the

citizenship of each of the members of Fortis. In addition, counsel for Plaintiffs shall identify a representative of FPG to testify as to its membership and the citizenship of each of its members. The identity of FPG's testifying representative shall be submitted to me by letter no later than September 10, 2024.

The Clerk of Court is respectfully directed to terminate the motions pending at Docs. 66 and 70.

SO ORDERED.

Dated: September 3, 2024
       New York, New York

Vernon S. Broderick
United States District Judge