UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CATLIN INSURANCE COMPANY, FPG :
CLINTON ACQUISITION, LLC, FORTIS :
PROPERTY GROUP LLC, and WONDER :
WORKS CONSTRUCTION CORP., :   23-CV-5355 (VSB)
:
                       Plaintiffs, :   **ORDER**
:
          -against- :
:
SENTINEL INSURANCE COMPANY, :
LTD. and CONTACT PLUS ELECTRICAL :
CORP., :
:
                    Defendants. :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On September 3, 2024, I scheduled a conference for October 16, 2024 to determine the citizenship of Plaintiffs FPG Clinton Acquisition, LLC ("FPG") and Fortis Property Group, LLC ("Fortis"). My order scheduling the conference advised Mr. Palazzo to be prepared to testify to the membership of Fortis and directed counsel to identify a representative of FPG to testify as to its membership and the citizenship of each of its members. I further directed counsel to file a letter with the identity of FPG's testifying representative by no later than September 10, 2024. To date, counsel has not submitted a letter. Accordingly, it is hereby

       ORDERED that counsel for Plaintiffs shall file the above-referenced letter by no later than September 27, 2024. Failure to comply with this Order or otherwise demonstrate an intent to prosecute this case will result in dismissal of the suit for failure to prosecute pursuant to Rule 41(b).

SO ORDERED.

Dated:  September 23, 2024
        New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge