UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                    :

CATLIN INSURANCE COMPANY, FPG    :
CLINTON ACQUISITION, LLC, FORTIS  :
PROPERTY GROUP LLC, and WONDER  :
WORKS CONSTRUCTION CORP.,         :                23-CV-5355 (VSB)
                                                    :
                       Plaintiffs,    :                    **ORDER**

                   -against-              :

SENTINEL INSURANCE COMPANY,     :
LTD. and CONTACT PLUS ELECTRICAL :
CORP.,                                               :
                       Defendants.  :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On October 16, 2024, I held a conference to determine the citizenship of Plaintiffs FPG Clinton Acquisition, LLC and Fortis Property Group, LLC. In accordance with my remarks at the conference, Plaintiffs are ORDERED to file sworn statements from Louis Kestenbaum, Joel Kestenbaum, and Terrence Storey, addressing their citizenship, as well as their membership in Fortis Property Group, LLC, by November 1, 2024. Plaintiffs are FURTHER ORDERED to file an affidavit listing the members of FPG Clinton Acquisition, LLC and the citizenship of each member by November 1, 2024. If WWIG, LLC has an ownership interest in FPG Clinton Acquisition, LLC, Plaintiffs are FURTHER ORDERED to file an affidavit listing the members of WWIG, LLC and the citizenship of each member by November 1, 2024.

SO ORDERED.

Dated: October 18, 2024
       New York, New York

Vernon S. Broderick
United States District Judge