UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                           :
CATLIN INSURANCE COMPANY, FPG           :
CLINTON ACQUISITION, LLC, FORTIS         :
PROPERTY GROUP LLC, and WONDER       :
WORKS CONSTRUCTION CORP.,                 :             23-CV-5355 (VSB)
                                                                           :
                                   Plaintiffs,            :             **ORDER**
                                                                           :
                  -against-                                        :
                                                                           :
SENTINEL INSURANCE COMPANY,                  :
LTD. and CONTACT PLUS ELECTRICAL        :
CORP.,                                                             :
                                                                           :
                                   Defendants.       :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

   On November 26, 2024, I ordered Plaintiffs to file an affidavit listing the members of WWIG, LLC and the citizenship of each member by December 9, 2024.  (Doc. 96 ("November Order").)  Plaintiffs did not comply with the November Order, nor did they seek an extension or otherwise explain their failure to comply.

   Plaintiffs are hereby ORDERED to comply with the November Order by December 17, 2024.  If Plaintiffs fail to comply with the November Order in its entirety by December 17, 2024, I will dismiss this case without further order for failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

   I remind Plaintiffs that pursuant to the November Order, they must file an affidavit that lists the members of WWIG, LLC and the citizenship of each member.  For each individual member of WWIG, LLC, the affidavit must list their domicile.  For each member of WWIG, LLC that is itself an LLC, including Brody Amirian Group, LLC, Eastern R LLC, Queen

Hudelina, LLC, and Brazo Property Co., LLC, the affidavit must list all the members of that LLC and their citizenship.

SO ORDERED.

Dated: December 13, 2024
       New York, New York

Vernon S. Broderick
United States District Judge