```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CATLIN INSURANCE COMPANY, FPG                              :
CLINTON ACQUISITION, LLC, FORTIS                           :
PROPERTY GROUP LLC, and WONDER                             :
WORKS CONSTRUCTION CORP.,                                  :    23-CV-5355 (VSB)
                                                           :
                              Plaintiffs,                  :    ORDER
                                                           :
              -against-                                    :
                                                           :
SENTINEL INSURANCE COMPANY,                                :
LTD. and CONTACT PLUS ELECTRICAL                           :
CORP.,                                                     :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On November 26, 2024, I ordered Plaintiffs to file an affidavit listing the members of WWIG, LLC and the citizenship of each member by December 9, 2024. (Doc. 96 ("November Order").) Plaintiffs did not comply with the November Order, nor did they seek an extension or otherwise explain their failure to comply. On December 13, 2024, I ordered Plaintiffs to comply with my November Order. (Doc. 99.)

On January 2, 2025, Plaintiffs submitted an affidavit listing the members of WWIG, LLC and the domicile of each member. (Doc. 104.) Plaintiffs, however, failed to comply with the portion of the November Order requiring that for each member of WWIG, LLC that is itself an LLC, including Brody Amirian Group, LLC, Eastern R LLC, Queen Hudelina, LLC, and Brazo Property Co., LLC, the affidavit must list all the members of that LLC and their citizenship. Plaintiffs' January 2 affidavit simply lists an address for each of the above-listed LLCs, instead of a list of every member and their domiciles.

Plaintiffs are hereby ORDERED to submit an affidavit listing the members of Brody Amirian Group, LLC, Eastern R LLC, Queen Hudelina, LLC, and Brazo Property Co., LLC, and the domiciles of each member, by January 29, 2025. If any of the members of the above-listed LLCs are themselves LLCs, Plaintiffs must list all of their members and domiciles as well.

I note that this court first issued an order asking for a full accounting of the citizenship of the Plaintiff LLCs in this action on July 17, 2024, (Doc. 58), and the court has issued at least six additional orders seeking this same information since July, (*see* Docs. 65, 71, 79, 86, 96). This is a tremendous waste of the court's time and resources. Therefore, Plaintiffs are directed to comply with this order in its entirety by January 29, 2025, or I will dismiss this case for failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: January 15, 2025
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge