**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CATLIN INSURANCE COMPANY et al,

                                Plaintiffs,                    **23-CV-5355 (VSB) (VF)**

            -against-                         **ORDER SCHEDULING**
                                                           **CONFERENCE**

SENTINEL INSURANCE COMPANY, LTD. et al,

                                Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiffs' motion to adjourn the conference scheduled for **Tuesday, April 22, 2025, at 2:30 p.m.** is DENIED. Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; access code [573 319 502#].

      The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 110.

      **SO ORDERED.**

DATED:    New York, New York
               April 21, 2025

                                                     _____
                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge